**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-1105**

_____

DON W. MCKINNEY,

　　　　　　Plaintiff - Appellant,

　　　v.

COMMONWEALTH OF VIRGINIA; CIRCUIT COURT OF WISE COUNTY; UNITED STATES DISTRICT COURT,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:18-cv-00051-JPJ-PMS)

_____

Submitted:  May 23, 2019　　　　　　　　　　　Decided:  May 28, 2019

_____

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Don W. McKinney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don W. McKinney appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012) and imposing a prefiling injunction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because McKinney's informal brief does not challenge the basis for the district court's disposition, McKinney has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 175 (4th Cir. 2014). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*